# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHARLES DEWITT

        Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY

        Defendants.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: **10-4580 (FSH)**

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ GRANTED, and

   ☒ The Clerk is directed to file the complaint, and

   ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

☐ and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen this case.

ENTERED this __10th__ day of __September__, 20__10__

_____
Signature of Judicial Officer

Hon. Faith S. Hochberg
Name and Title of Judicial Officer